IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHANTELLE REAMS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO.: 7:22-CV-00024 (WLS) |
| | : |
| RAFAEL BUCAREY, WERNER | : |
| ENTERPRISES, INC., & ACE | : |
| AMERICAN INSURANCE COMPANY, | : |
| | : |
| Defendants. | : |

## ORDER

Before the Court is a "Stipulation as to Amount in Controversy and Joint Motion to Remand," filed by the Parties on March 21, 2022. (Doc. 6.) Therein, the Parties stipulate that the amount in controversy does not exceed $75,000 and that Plaintiff may not recover more than $75,000; therefore, they ask that this case be remanded to the Superior Court of Lowndes County, Georgia. *Id.*

Based on the foregoing reasons, the Joint Motion to Remand (Doc. 6) is **GRANTED**. This case is hereby **REMANDED** to the Superior Court of Lowndes County, Georgia.

**SO ORDERED**, this 23rd day of March 2022.

               **/s/ W. Louis Sands**
               **W. LOUIS SANDS, SR. JUDGE**
               **UNITED STATES DISTRICT COURT**