IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SHANTELLE REAMS,                              *

                    Plaintiff,               *

v.                                                    Case No.   7:22-CV-24(WLS)
                                             *
RAFAEL BUCAREY, et al.
                                             *
                    Defendants.
                                             *

## J U D G M E N T

Pursuant to this Court's Order dated March 23, 2022, and for the reasons stated therein,

JUDGMENT is hereby entered remanding this case to the Superior Court of Lowndes County, Georgia.

This 23rd day of March, 2022.

David W. Bunt, Clerk


s/ Robin L. Walsh, Deputy Clerk